UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEAN WESLEY SAINTILMA | : | |
| | : | |
| Petitioner | : | CIVIL ACTION NO. 3:09-0556 |
| v. | : | (VANASKIE, D.J.) |
| | : | |
| MARY E. SABOL, Warden; U.S. DEPARTMENT OF HOMELAND SECURITY CUSTOMS ENFORCEMENT OFFICE OF DETENTION AND REMOVAL | : | |
| | : | |
| Respondent | : | |

## ORDER

**NOW, THIS 4th DAY OF JUNE, 2009,** having considered the Report and Recommendation of Magistrate Judge Mannion proposing that this habeas corpus challenge to the pro se petitioner's continuing confinement be dismissed as moot in light of his deportation from the United States, and observing that service of the Report and Recommendation could not be effected on the petitioner in light of his removal from the United States, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation of Magistrate Judge Mannion (Dkt. Entry 6) is **ADOPTED.**

2. The Petition for a Writ of Habeas Corpus is **DISMISSED.**

3. The Clerk of Court is directed to mark this matter **CLOSED.**

                                                             **s/ Thomas I. Vanaskie**
                                                             Thomas I. Vanaskie
                                                             United States District Judge